**OHIO SAVINGS & TRUST CO v
SCHUMAKER**

Ohio Appeals, 5th Dist, Tuscawaras Co
Decided March 7, 1929

For full opinion see 172 NE 682; 36 Oh Ap 65 (Oh Bar 10-28-30).